Before STATE INDUSTRIAL BOARD, Respondent. N. M. MARSHALL, State Treasurer, Respondent, for Compensation on Account of the Death of ROCCO CARL NAPOLI, Deceased, v. HYMAN ABRAMS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Application of MATTHEW PETERS for Admission to the Bar. — Motion denied.

In the Matter of the Estate of IDA C. POTTS, Deceased. STEPHEN F. AVERY, as Executor and Trustee, etc., of IDA C. POTTS, Deceased, Appellant, v. ALFRED BRUCE CHACE and Another, Doing Business, etc., and Others, Respondents.— The justices qualified to hear the appeal herein being equally divided, the appeal is hereby directed to be sent to the Fourth Department, to be there heard and determined, as provided by section 618 of the Civil Practice Act.

In the Matter of Proving the Last Will and Testament and Codicil of DELIA E. TRACY, Deceased. CHARLES P. SMITH and Others, Appellants; FRANK C. MAXON and Another, as Executors, and Others, Respondents.— Decree unanimously affirmed, with costs to all parties filing briefs, payable out of the estate, upon the authority of *Matter of Potts* (205 App. Div. 147; affd., *sub nom. Matter of Crane*, 236 N. Y. 658); *Matter of Briglin* (208 App. Div. 511); *Sherman* v. *Richmond Hose Co., No. 2* (186 id. 417–428; affd., 230 N. Y. 462).

Before STATE INDUSTRIAL BOARD, Respondent. JOHN NAWROCKI, Respondent, v. AMERICAN RADIATOR COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES TRACY, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WALZ, Appellant.— A number of errors appear in the record, but the court is of the opinion that the evidence on the whole case is so clear and convincing of the guilt of the defendant that it is justified in disregarding them, under section 542 of the Code of Criminal Procedure. Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Respondent, v. THE STATE TAX COMMISSION, Appellant. Special Franchise Assessment, City of Port Jervis, for the Year 1918.— Final order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. NELLIE RIORDAN, Respondent, v. ALEXANDER LIST SONS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK ROCCO, Respondent, v. HEIDELBERG, WOLFF & Co. and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.